898

No. 97-5522. KYZER v. LEVENTHALL ET AL. C. A. 8th Cir. Certiorari denied.

No. 97-5524. BAIRD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97-5525. BRUNSON v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 97-5526. MURDOCK v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 97-5527. BONHOMME-ARDOUIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97-5529. ALEXANDER v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 97-5532. JOHNSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97-5533. XUYEN THI VU v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97-5535. THOMAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97-5536. MCKNIGHT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97-5539. DRONES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97-5540. DAVIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97-5541. GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97-5543. RODRIGUEZ v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 97-5544. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97-5545. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.